Laurence Peter Digesti (SBN 88)
Matthew Peter Digesti (SBN 9793)
THE **DIGESTI** LAW FIRM LTD
485 W. Fifth Street
Reno, NV 89503
Telephone: 775.323.7797
Facsimile: 775.323.5944

Attorneys for Defendant
Gary H. Lane

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 2 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 3:12-CR-0078-RCJ-VPC |
| vs. | |
| GARY H. LANE, | STIPULATION |
| Defendants. | |

It is hereby stipulated by and between the Defendant, Gary H. Lane, by and through The Digesti Law Firm LTD, and Laurence Peter Digesti Esq., and Ronald Rachow, Assistant United States Attorney that the Defendant Gary H. Lane is allowed to surrender himself and be remanded to the custody of the United States Marshals Service, in Reno, Nevada. It is further stipulated and agreed that Defendant Gary H. Lane has not violated any of the terms and conditions of his pretrial release and that his self surrender is voluntary.

Dated this __12th__ day of August, 2013

/s/ Laurence Peter Digesti
LAURENCE PETER DIGESTI
State Bar No. 88
485 W. Fifth Street
Reno, NV 89503
Attorney for Defendant
Gary H. Lane

Dated this __12th__ day of August, 2013

/s/ Ronald C. Rachow
RONALD RACHOW
State Bar No. 2223
100 West Liberty Street, Ste. 600
Reno, NV 89501
Attorney for Plaintiff
United States of America

- 1 -

Dated this  12  day of August, 2013

_____
Gary Lane, Defendant

Dated this  12th  day of August, 2013

_____
Justin Mounts
Pretrial Services Officer

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: August 12, 2013

THE DIGESTI LAW FIRM LTD
485 W. FIFTH STREET, RENO, NV 89503